IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WANDA JEAN WALTON,

    Plaintiff,

vs.                                                 Case No.:  2:14-cv-479
                                                          JUDGE GEORGE C. SMITH
                                                          Magistrate Judge Kemp

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On November 10, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that unless Plaintiff respond to the *Report and Recommendation* by explaining why she has not yet provided the necessary papers and forms for service of process, the case must be dismissed under Rule 4(m) of the Federal Rules of Civil Procedure.  (*See Report and Recommendation*, Doc. No. 6).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Further, Plaintiff has not filed a response explaining why she has failed to submit the proper documentation for service, nor has she asked for an extension to do so.  Therefore, the *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  This case is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  The Clerk shall remove Document 6 from the Court's pending motions list and dismiss this case.

        IT IS SO ORDERED.

                                                  */s/ George C. Smith*_____
                                                  GEORGE C. SMITH, JUDGE
                                                  UNITED STATES DISTRICT COURT